

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00114-CR

Kristi **COLLINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 16-09-180-CRW
The Honorable Russell Wilson, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on October 26, 2018. *See* TEX. R. APP. P. 38.6(a). We cautioned Appellant that any further motions for extension of time to file the brief would be disfavored.

Four days after the twice-extended deadline, Appellant filed a third motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED. We ORDER Appellant to file the brief by November 26, 2018.

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we will immediately abate this appeal to the trial court for an abandonment hearing.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.



Keith E. Hottle
Clerk of Court